# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIAA-CREF LIFE INSURANCE CO., | Case No. CV 24-5950 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)** |
| ERIN K. COOK, et al., | |
| Defendants. | |

Pursuant to the Court's Order of December 27, 2024, the court hereby find that there is no just reason to delay the entry of judgment with respect to any claim against plaintiff TIAA-CREF Life Insurance Co. that may be asserted by defendants-in-interpleader Erin K. Cook ("Cook") and Amy E. Steward ("Steward") (collectively, "defendants") relating to the Death Benefit or the Policy. Accordingly, IT IS ADJUDGED THAT:

1. Judgment is hereby entered against defendants and in favor of plaintiff.  TC Life is awarded $18,882 in attorney's fees and costs.

2. Upon deposit of the Death Benefit, plus any applicable interest and less the reasonable attorneys' fees and costs awarded herein, into the Court's Registry, TC Life, as well as its present and future parents, subsidiaries, affiliates, successors, assignees, agents, servants, employees, officers, directors, principals, representatives, and attorneys are discharged from all liability with respect to the Policy.

3. Defendants Cook and Steward are hereby permanently enjoined from asserting claims

1  against TC Life relating to the Death Benefit and from instituting or maintaining any additional
2  federal, state, or any other action or proceeding against TC Life, as well as its present and future
3  parents, subsidiaries, affiliates, successors, assignees, agents, servants, employees, officers,
4  directors, principals, representatives, and attorneys relating to the Policy.

5      4.  TC Life is dismissed from this action with prejudice upon the deposit into the Court's
6  Registry of the Death Benefit, plus any applicable interest and less the $18,882 in reasonable fees
7  and costs.

8  Dated this 27th day of December, 2024.

                        /s/
      Fernando M. Olguin
    United States District Judge